Howard Holderness
Kyle L. Flynn
GREENBERG TAURIG, LLP
101 2nd Street, Suite 2200
San Francisco, CA 94105
(415) 655-1308

Attorneys for Petitioner
Blackhawk Network, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKHAWK NETWORK, INC., an Arizona corporation,<br><br>Petitioner,<br><br>v.<br><br>COMPUTER SERVICES, INC., a Washington corporation, and JC STEEL TARGETS, INC., a Washington corporation,<br><br>Respondents. | Case No. 3:23-mc-80303<br><br>**BLACKHAWK NETWORK, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Petitioner Blackhawk Network, Inc. ("Blackhawk"), by its undersigned counsel, certifies and states that Blackhawk's parent company and 100% shareholder is Blackhawk Network Holdings, Inc. ("Blackhawk Holdings"). Blackhawk Holdings is owned by Silver Lake Partners and P2 Capital Partners, LLC.

Pursuant to Civil L.R. 3-15, Blackhawk certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities: (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Blackhawk Network Holdings, Inc.
- Silver Lake Partners
- P2 Capital Partners, LLC

DATED this 15th day of November, 2023.

Respectfully submitted,

Howard Holderness
Kyle L. Flynn
GREENBERG TRAURIG, LLP
101 2nd Street, Suite 2200
San Francisco, CA 94105
(415) 655-1308

Attorneys for Petitioner
Blackhawk Network, Inc.